IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUAN JOSE ESTRADA | ) |
| | ) MISCELLANEOUS ACTION NUMBER |
| VS. | ) |
| | ) M-16-244 |
| UNITED STATES OF AMERICA | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant's Motion for Return of Property. After having reviewed the Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Dorina Ramos' Report and Recommendation entered as Docket Entry Number 17 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to all parties of record.

DONE on this 2ND day of October, 2017, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE